

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/10/2024__

June 7, 2024  **[AMENDED]**

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: *Faham v. Anthony Blinken, et ano.*, No. 23 Civ. 10535 (AT)

Dear Judge Torres:

    This Office represents the government in this action in the nature of mandamus seeking relief under the Mandamus Act and the Administrative Procedure Act for an alleged unreasonable delay in the adjudication of Plaintiff's H-1B and H-4 nonimmigrant visa applications. On behalf of the government, I write respectfully to request that the June 11, 2024, deadline for the parties' submission of the joint letter and a jointly proposed Case Management Plan and Scheduling Order be adjourned *sine die*. *See* ECF Nos. 7, 14.

    The adjournment is requested because the government today sent Plaintiffs' counsel a letter pursuant to Paragraph III.B.ii of the Court's Individual Practices, to set forth the basis for the government's anticipated motion to dismiss. **Plaintiffs consent to the requested relief**.

    I thank the Court for its consideration of this letter.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

GRANTED IN PART. The deadline to submit a joint letter and a proposed case management plan is ADJOURNED from June 11, 2024, to **July 1, 2024**. The Clerk of Court is directed to terminate the motions at ECF Nos. 16 and 17.

SO ORDERED.

Dated: June 10, 2024
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge