UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYAM FAHAM, *On behalf of herself and as Next friend to her minor child, B.A.*

Plaintiffs,

-against-

ANTONY BLINKEN, *in his official capacity as U.S. Secretary of State,*

JULIE M. STUFFT, *in her official capacity as Acting Deputy Assistant Secretary and Managing Director for Visa Services, Bureau of Consular Affairs,*

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/26/2024_

23 Civ. 10535 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' letter dated June 18, 2024, requesting leave to file a motion to dismiss, ECF No. 19, and Plaintiffs' letter in response dated June 25, 2024, ECF No. 20. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **July 24, 2024**, Defendants shall file their motion to dismiss;
3. By **August 14, 2024**, Plaintiffs shall file their opposition papers; and
4. By **August 28, 2024**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: June 26, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge